**Opinion issued July 2, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00212-CV

_____

**JACQUELINE ALEXANDER, Appellant**

**V.**

**RESERVE AT AUTUMN CREEK, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1027479**

---

## MEMORANDUM OPINION

Appellant, Jacqueline Alexander, has neither paid the required filing fee for this appeal nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required

by statute or Supreme Court order."), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). The fee in this case was originally due on March 25, 2013. On May 14, 2013, appellant was ordered to pay the filing fee by May 24, 2013, and notified that if the fee was not paid by that date, the appeal would be dismissed for failure to pay the filing fee. Appellant has not paid the filing fee. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

Appellant has also neither established indigence, nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence), 37.3(b) (allowing dismissal of appeal for want of prosecution if no clerk's record filed due to appellant's fault). The record in this case was originally due on May 3, 2013. On May 14, 2013, this Court ordered that proof that appellant had paid the district clerk for preparation of the clerk's record be filed in this Court by June 13, 2013, or the appeal would be dismissed for want of prosecution. No proof that appellant has paid for the clerk's

2

record has been filed.  *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal for want of prosecution).

We dismiss the appeal for failure to pay the filing fee and for want of prosecution.  We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.